IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO.  2:99CR122-7-T |
| | ) | (Financial Litigation Unit) |
| RONDA LEE LOSSIAH, | ) | |
| Defendant. | ) | |
| and | ) | |
| | ) | |
| EASTERN BAND OF CHEROKEE INDIANS, | ) | |
| Garnishee. | ) | |

DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown,

it is ORDERED that the Writ of Garnishment filed in this case against the defendant Ronda Lee

Lossiah Colindres is DISMISSED.

**Signed: January 12, 2006**

Lacy H. Thornburg
United States District Judge